IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| ACTIVE WEAR, INC., | ) | |
| | ) | Case No. 4:05-CV-00033 |
| Appellant, | ) | |
| | ) | |
| v. | ) | **<u>ORDER</u>** |
| | ) | |
| PARKDALE MILLS, INC., | ) | |
| | ) | By: Jackson L. Kiser |
| Appellee. | ) | Senior United States District Judge |
| | ) | |
| | ) | |

     Before me is an Appeal from the United States Bankruptcy Court for the Western District of Virginia [1] by Appellant Active Wear, Inc.  A hearing was held before this Court on September 23, 2005.   Pursuant to the *MEMORANDUM OPINION* entered contemporaneously herewith, I hereby **AFFIRM** the Judgment of the Bankruptcy Court and dismiss this case from the docket of this Court.

     The Clerk of the Court is hereby directed to send a certified copy of this *ORDER* and the cited *MEMORANDUM OPINION* to the Bankruptcy Court and to all counsel of record.

     Entered this 4<u>th</u> day of October, 2005.

s/Jackson L. Kiser        
Senior United States District Judge